NEW JERSEY INSTITUTE OF TECHNOLOGY, Plaintiff–Appellant,

v.

MEDJET, INC., Eugene I. Gordon, and Peretz Feder, Defendants–Appellees,

and

Graham & James, LLP, Defendant,

and

Rosenman & Colin, LLP, Defendant–Cross Appellant,

and

Israel Nissenbaum, Defendant.

Nos. 2004–1592, 2004–1593.

United States Court of Appeals, Federal Circuit.

Nov. 9, 2006.

ON MOTION

*ORDER*

New Jersey Institute of Technology moves without opposition to remand to the United States District Court for the District of New Jersey.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to remand is granted.

(2) All sides shall bear their own costs.